# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SYDNEY B., | Civil No. 2:19-CV-01891-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

It is hereby ORDERED that the case shall be remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to evaluate the nature and severity of all of the claimant's alleged impairments; further evaluate the medical source opinions of record, including but not limited to the opinion of Sarah Phillip, M.D., and provide rationale for the weight accorded to each of them; further evaluate the claimant's residual functional capacity; further evaluate the claimant's testimony related to her symptoms, and the side effects from her prescribed medications; further consider the lay witness testimony of the claimant's mother; and obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28

Page 1    ORDER - [2:19-CV-01891-MAT]

U.S.C. §2412 et seq.

DATED this 17th day of April, 2020.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2522
Fax:  (206) 615-2531
david.burdett@ssa.gov

Page 2     ORDER - [2:19-CV-01891-MAT]